# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:11-CR-59 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| MALEK ALIANE, | : | |
| Defendant. | : | |

## ORDER DELAYING PRISON REPORT DATE

This matter is before the Court on Defendant Malek Aliane's Motion to Delay His Prison Report Date ("Motion"). Upon consideration of the Motion and for good cause shown, and the Government's representation that this Motion is unopposed, the Court hereby **GRANTS** the Motion, but will only delay Defendant's prison report 30 days from the original reporting date, November 15, 2011. Defendant is therefore ordered to report to serve his 30 month term of incarceration on **December 15, 2011**.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED:  November 14, 2011**